**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David C. Zipf<br>      Diana Lynn Brooks Zipf aka<br>Diana L. Brooks Zipf aka Diana Brooks aka<br>Diana B. Zipf aka Diana Zipf<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-18679 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Rebecca Solarz**
                              Rebecca Solarz
                              18 Dec 2020, 13:55:17, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322