# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** DAVID C. ZIPF

        **: CHAPTER 13**

        **:**

        **:  BANKRUPTCY NO.**  16-18679-MDC

        **:**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                          Respectfully submitted,

**12/9/2021**

                                                 /s/ KENNETH E. WEST

                                               KENNETH E. WEST, Esquire
                                               Chapter 13 Standing Trustee
                                               P.O. Box 40837
                                               Philadelphia PA 19107
                                                Phone: 215-627-1377