United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-18679-mdc
David C. Zipf Chapter 13
Diana Lynn Brooks Zipf
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 10, 2021 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David C. Zipf, Diana Lynn Brooks Zipf, 1736 Crocker Lane, Jamison, PA 18929-1410 |
| 13838363 | | AAdvantage Aviator Master Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 13838364 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 13869206 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13870097 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13838366 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 15019, Wilmington, DE 19886-5019 |
| 14570745 | + | BANK OF AMERICA, N.A., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14570521 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13838368 | | BARCLAYS BANK DELAWARE, 125 S WEST ST, Wilmington, DE 19801-5014 |
| 13838367 | | Bank of America Hiome Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 13876444 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13877284 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13838371 | + | Central Credit Services, PO Box 2091, St. Charles, MO 63302-2091 |
| 13838374 | | Club Wyndham Plus Account, PO Box 340090, Boston, MA 02241-0490 |
| 13838379 | | FMA Alliasnce, Ltd., PO Box 2409, Houston, TX 77252-2409 |
| 13838378 | + | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 13838383 | | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 13838384 | | Phillips & Cohen Associates, Ltd., Mail Stop: 146, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 13848358 | + | VNB Loan Services, Inc., 747 Chestnut Ridge Road, Suite 201, Chestnut Ridge, NY 10977-6225 |
| 13886045 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13838391 | + | Zwicker & Associates, P.C., 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2021 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2021 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2021 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13838365 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2021 00:02:06 | AT&T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13838368 | | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 16-18679-mdc   Doc 74   Filed 12/12/21   Entered 12/13/21 00:29:54   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: 138OBJ | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2021 23:51:00 | BARCLAYS BANK DELAWARE, 125 S WEST ST, Wilmington, DE 19801-5014 |
| 13838369 | | Email/Text: cms-bk@cms-collect.com | Dec 10 2021 23:51:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 13838370 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2021 00:02:05 | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 13838373 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2021 00:02:10 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 13838375 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2021 23:51:00 | Comenituy - Talbots, PO Box 659617, San Antonio, TX 78265-9617 |
| 13838376 | | Email/Text: mrdiscen@discover.com | Dec 10 2021 23:51:00 | DISCOVER, PO BOX 71084, Charlotte, NC 28272-1084 |
| 13841142 | | Email/Text: mrdiscen@discover.com | Dec 10 2021 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13838377 | | Email/Text: bknotice@ercbpo.com | Dec 10 2021 23:51:00 | ERC, PO BVox 23870, Jacksonville, FL 32241-3870 |
| 13838378 | + | Email/Text: crdept@na.firstsource.com | Dec 10 2021 23:51:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 13838380 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2021 23:51:00 | IRS, PO Box 9041, Andover, MA 01810-9041 |
| 13838372 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2021 00:02:05 | CHASE - Marriott Rewards, PO BOX 15153, Wilmington, DE 19886-5153 |
| 13838381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2021 00:02:09 | J.P.Morgan, PO Box 15153, Wilmington, DE 19886-5153 |
| 13871520 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2021 00:02:02 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13904948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2021 00:02:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13846137 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2021 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13838385 | | Email/Text: bnc@alltran.com | Dec 10 2021 23:51:00 | UNITED RECOVERY SYSTEMS, PO BOX 722929, Houston, TX 77272-2929 |
| 13838388 | + | Email/Text: BKRMailOps@weltman.com | Dec 10 2021 23:51:00 | WELTMAN WEINBERG & REIS, 175 S 3RD ST STE 900, Columbus, OH 43215-5166 |
| 13838389 | | Email/Text: bankruptcydept@wyn.com | Dec 10 2021 23:51:00 | Wyndham Vacaction Resorts, PO Box 98940, Las Vegas, NV 89193-8940 |
| 13838390 | + | Email/Text: bankruptcydept@wyn.com | Dec 10 2021 23:51:00 | Wyndham Vacation Resorts, PO Box 97474, Las Vegas, NV 89193-7474 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13838382 | ## | NATIONWIDE CREDIT, INC., P. O. BOX 26314, Lehigh Valley, PA 18002-6314 |
| 13838386 | ## | Valley National Bank, PO Box 1015, Spring Valley, NY 10977-0815 |
| 13838387 | ## | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2021 | Form ID: 138OBJ | Total Noticed: 42 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JON M. ADELSTEIN | on behalf of Debtor David C. Zipf jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Joint Debtor Diana Lynn Brooks Zipf jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: David C. Zipf and Diana Lynn Brooks Zipf

    Debtor(s)

Case No: 16−18679−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/10/21

73 − 72
Form 138OBJ